UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of FLORIDA

STATE of FLORIDA                    CASE No: 8:18cv1620T23AAS
v.
Edward Gordon Bolji                 DIVISION: TAMPA

## AMENDED SETTLEMENT RELIEF

DAMAGES FOR SUFFERING, EMOTIONAL HARM, MENTAL ANGUISH, MENTAL DISTRESS, MENTAL SUFFERING, INTENTIONAL INFLICTION FROM EMOTIONAL DISTRESS FOR MENTAL CRUELTY, NERVOUS REACTIONS CAUSED ME TO HAVE A BAD RASH FROM MENTAL EMOTIONAL DISTRESS FROM CRUEL AND UNUSUAL PUNISHMENT FROM DEPUTYS AT F.R.U. of HILLSBOROUGH COUNTY JAIL FOR DAMAGES Exceeding 1 MILLION AMERICAN OR CANADIAN DOLLARS AND INSURANCE Russian FOR AN Amount LESS THAN $2,500,000 AND Bond IN CLASS ACTIONS ASSERT EQUIVALENT SUM of $500,000 or ONE MILLION Regardless of THE Amount of Punitive Damages

## CERTIFICATE of SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY of THE FOREGOING HAS BEEN FURNISHED BY ME TO THE CLERK of THE COURT. PLAINTIFF HAS BEEN GRANTED FORMA PAUPERIS TO PROCEED AND IF THE CLERK WOULD COMPLY WITH THE PROVISIONS Pro Se ASSISTANCES of SECTION 28.215 AND PROVIDE THE THREE Copies TO THE COURT FOR THE PLAINTIFF'S MOTION TO BE SERVED TO THE COURT ON THIS ___ DAY of JULY 2018.

RESPECTFULLY SUBMITTED: Edward Gorden Bolji
                        PLAINTIFF PRO-SE

To: [illegible]

[illegible] MA'AM I AM SENDING A [illegible] COPY OF MY MOTION AND I RESPECTFULLY REQUESTING A [illegible] FOR MY FEES AND I WOULD GREATLY APPRECIATE IT IF YOU WOULD PLEASE SEND ME A COPY OF MOTION [illegible] THANK YOU IN ADVANCE FOR YOUR ASSISTANCE

P.S. HAPPY 4th of JULY
BEST WISHES

Sincerely,
[signature] THANK YOU